1

2

3

4

5

6

7

8

9

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13   UNITED STATES OF AMERICA,
     and STATE OF CALIFORNIA
14   ex rel. CAMPBELL,                    CIV. S-02-2457-DFL-PAN

15        Plaintiffs,

16        v.                             ORDER RE DISPOSITION AFTER
                                         NOTIFICATION OF SETTLEMENT
17   REDDING MEDICAL CENTER,
     et al.,
18
          Defendants.
19   _____/

20        The court has been advised by Michael A. Hirst, Esq., that

21   this action has been settled.  Therefore, it is not necessary

22   that the action remain upon the court's active calendar.

23        Accordingly, IT IS ORDERED:

24        1.  That counsel file settlement/dismissal documents, in

25   accordance with the provisions of Local Rule 16-160, no later

26   than January 16, 2006, and,

                                  1

1      2.  That all hearing dates previously set in this matter

2  are vacated.

3      IT IS SO ORDERED.

4  Dated:  11/18/2005

5

6

7  _____

8  DAVID F. LEVI
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26