McGREGOR W. SCOTT
United States Attorney
CATHERINE J. CERNA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2762

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PATRICK CAMPBELL, M.D., <br><br> and <br><br> STATE OF CALIFORNIA ex rel. PATRICK CAMPBELL, M.D., <br><br>         Plaintiffs, <br><br>     v. <br><br> REDDING MEDICAL CENTER, a California corporation, TENET HEALTHCARE CORPORATION, a Nevada corporation, CHAE HYUN MOON, M.D., THOMAS RUSS, M.D., and FIDEL REALYVASQUEZ, M.D., <br><br>         Defendants. | CV-S-02-2457 DFL-PAN <br><br> [PROPOSED] ORDER on THE UNITED STATES' SECOND EX PARTE REQUEST TO EXTEND THE TIME WITHIN WHICH TO FILE DISPOSITION DOCUMENTS |

     Upon consideration of the UNITED STATES' SECOND EX PARTE REQUEST TO EXTEND THE TIME WITHIN WHICH TO FILE DISPOSITION DOCUMENTS for 45 days, to and including April 18, 2006, and for good cause shown,

     Counsel in the above-captioned matter shall have until and including April 18, 2006, to file settlement/dismissal documents.

     IT IS SO ORDERED.

DATED: 3/7/2006          /s/ David F. Levi
                         HONORABLE DAVID F. LEVI
                         UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on March 2, 2006, she served a copy of:

[PROPOSED] ORDER on THE UNITED STATES SECOND EX PARTE REQUEST TO EXTEND THE TIME WITHIN WHICH TO FILE DISPOSITION DOCUMENTS

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Mr. David John Rude
Clark and Rude, LLP
Ten Almaden Boulevard, Suite 550
San Jose, CA 95113

/s/ Deb-Duckett
Deb Duckett
(Original signature retained by attorney)

2