McGREGOR W. SCOTT
United States Attorney
CATHERINE J. CERNA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2762

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PATRICK CAMPBELL, M.D., <br><br>        and <br><br> STATE OF CALIFORNIA ex rel. PATRICK CAMPBELL, M.D., <br><br>          Plaintiffs, <br><br>     v. <br><br> REDDING MEDICAL CENTER, a California corporation, TENET HEALTHCARE CORPORATION, a Nevada corporation, CHAE HYUN MOON, M.D., THOMAS RUSS, M.D., and FIDEL REALYVASQUEZ, M.D., <br><br>          Defendants. | CV-S-02-2457 DFL-PAN <br><br><br><br> ORDER on THE UNITED STATES' FOURTH EX PARTE REQUEST TO EXTEND THE TIME WITHIN WHICH TO FILE DISPOSITION DOCUMENTS |

Upon consideration of the UNITED STATES' FOURTH EX PARTE REQUEST TO EXTEND THE TIME WITHIN WHICH TO FILE DISPOSITION DOCUMENTS for 7 days, to and including June 9, 2006, and for good cause shown,

Counsel in the above-captioned matter shall have until and including June 9, 2006, to file settlement/dismissal documents.

1      IT IS SO ORDERED.

2   DATED: 6/6/2006

3

4

5   _____

6   DAVID F. LEVI
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28