McGREGOR W. SCOTT
United States Attorney
CATHERINE J. CERNA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2762

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PATRICK CAMPBELL, M.D., <br><br>and<br><br>STATE OF CALIFORNIA ex rel. PATRICK CAMPBELL, M.D.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REDDING MEDICAL CENTER, a California corporation, TENET HEALTHCARE CORPORATION, a Nevada corporation, CHAE HYUN MOON, M.D., THOMAS RUSS, M.D., and FIDEL REALYVASQUEZ, M.D.,<br><br>    Defendants. | CV-S-02-2457 DFL-PAN<br><br>ORDER on THE UNITED STATES' FIFTH EX PARTE REQUEST TO EXTEND THE TIME WITHIN WHICH TO FILE DISPOSITION DOCUMENTS |

Upon consideration of the UNITED STATES' FIFTH EX PARTE REQUEST TO EXTEND THE TIME WITHIN WHICH TO FILE DISPOSITION DOCUMENTS for 7 days, to and including June 16, 2006, and for good cause shown,

Counsel in the above-captioned matter shall have until and including June 16, 2006, to file settlement/dismissal documents.

IT IS SO ORDERED.

////

////

1  DATED: 6/12/2006

```
                                    /s/ David F. Levi
                                    _____
                                    DAVID F. LEVI
                                    United States District Judge
```

2