```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CATHERINE J. CERNA
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2762

 5  Attorney for the
    United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PATRICK CAMPBELL, M.D., <br><br>and<br><br>STATE OF CALIFORNIA ex rel. PATRICK CAMPBELL, M.D.,<br><br>      Plaintiffs,<br><br>v.<br><br>REDDING MEDICAL CENTER, a California corporation, TENET HEALTHCARE CORPORATION, a Nevada corporation, CHAE HYUN MOON, M.D., THOMAS RUSS, M.D., and FIDEL REALYVASQUEZ, M.D.,<br><br>      Defendants. | CV-S-02-2457 DFL-PAN<br><br>**STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL** |

Pursuant to the terms of written Settlement Agreements, and pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

///

///

1

1    IT IS SO STIPULATED.

2

3

4  DATED: _____
                                David Rude
5                               Clark & Rude
                                Counsel for relator Dr. Campbell
6

7

8
   DATED:                       McGREGOR W. SCOTT
9                               United States Attorney

10
                         By: _____
11                              CATHERINE CERNA
                                Assistant U.S. Attorney
12                              Attorneys for the United States

13
   DATED:                       _____
14                              Malcolm Segal
                                Segal & Kirby
15                              Counsel for Defendant Dr.
                                Realyvasquez
16

17

18
   DATED:                       _____
19                              Matthew G. Jacobs
                                DLA Piper Rudnick Gray Cary U.S.
20                                 LLP
                                Counsel for Defendant Dr. Moon
21

22

23 DATED:                       _____
                                Steven R. Enochian
24                              Enochian & Kenny
                                    Counsel for Defendants Dr.
25                               Moreno-Cabral and Dr. Brusett

26

27    ///

28    ///

2

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

DATED: June 15, 2006

                                   /s/David F. Levi
                                   HONORABLE DAVID F. LEVI
                                   UNITED STATES DISTRICT JUDGE